**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Cheri Keehner, | ) | Case No. 3:25-cv-01436-ML |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| *Defendant.* | ) | Motion – Document Filed Electronically |

**CONSENTED-TO MOTION FOR REVERSAL AND REMAND**
**PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The Defendant, Frank Bisignano, Commissioner of the Social Security Administration

("Commissioner"), has determined that remand of the above-captioned matter is appropriate.

Accordingly, the Commissioner respectfully moves this Court, pursuant to sentence four of 42

U.S.C. § 405(g), to enter a judgment reversing his decision with remand of the cause for further

administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Under sentence

four of 42 U.S.C. § 405(g), this Court has the power to enter, upon the pleadings and transcript

of the record, "a judgment affirming, modifying, or reversing the decision of the Commissioner

of Social Security, with or without remanding the cause for a rehearing." *Id*. at 98.

Upon remand by this Court, the Appeals Council will remand this matter to an

Administrative Law Judge ("ALJ"). Upon remand, the ALJ shall be instructed to offer Plaintiff

the opportunity for a new hearing, and issue a new decision.

For these reasons, the Commissioner respectfully requests that this Court enter an Order

and Final Judgment reversing the Commissioner's decision and remanding the case for further

administrative proceedings.

Plaintiff's counsel has authorized the undersigned to represent that Plaintiff consents to

this motion.

DATED:  June 1, 2026

Respectfully submitted,

Frank Bisignano,

By His Attorneys

Todd Blanche
Acting Attorney General

John A. Sarcone III
First Assistant United States Attorney

/s/ Hugh Dun Rappaport
Hugh Dun Rappaport
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 700992
Program Litigation 2
Social Security Administration
Law & Policy
Attn: Program Litigation 2
6401 Security Boulevard
Baltimore MD 21235-6401
(617) 565-2380
Email: Hugh.Dun.Rappaport@ssa.gov

IT IS SO ORDERED:

Miroslav Lovric
U.S. Magistrate Judge

Dated: ____June 2, 2026_____
       Binghamton, NY